IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Bluewater Development of South Carolina, LLC, ) | C.A. NO.: 3: 06-3000-CMC |
| ) | |
| Plaintiff, ) | |
| ) | OPINION AND ORDER |
| vs. ) | GRANTING MOTION FOR |
| ) | SUMMARY JUDGMENT |
| Alea London Limited, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court on motion of Defendant Alea London Limited ("Alea") for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Specifically, Alea seeks a determination that a commercial general liability ("CGL") policy which it issued to Plaintiff, Bluewater Development of South Carolina, LLC, ("Bluewater"), does not cover claims for injuries which resulted when a trailer owned by Bluewater became unhitched from a vehicle driven by an employee of Bluewater, causing injury to a third party.

The court finds the reasoning in Alea's memoranda (Dkt Nos. 16 & 20), which rests on an express exclusion, to be compelling and adopts that reasoning as its own. Alea's motion is, therefore, granted in full for the reasons set forth in the cited memoranda. The Clerk of Court is directed to enter judgment in Defendant's favor, declaring an absence of coverage under the terms of the CGL policy at issue in this action.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 25, 2007